# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158068(64)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

TYKEITH L. TURNER,
　　　　Defendant-Appellant.
_____/

SC: 158068
COA: 336406
Wayne CC: 95-010246-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his brief is GRANTED. The brief will be accepted as timely filed if submitted on or before July 12, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk